FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 08 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 11-10343 |
| Plaintiff - Appellee, | 11-10349 |
| v. | D.C. Nos. 3:10-cr-00077-RCJ 3:10-cr-00093-RCJ |
| EMILIO VALDIVIA-PEREZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, Chief Judge, Presiding

Submitted February 28, 2012[**]

Before:    LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

Emilio Valdivia-Perez appeals from the 98-month sentence imposed

following his guilty-plea conviction for conspiracy to possess with intent to

distribute and to distribute a controlled substance, in violation of 21 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§§ 841(a)(1), (b)(1)(B), and 846; and for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Valdivia-Perez contends that the district court erred by denying him a role adjustment under U.S.S.G. § 3B1.2. He also contends that his sentence is substantively unreasonable. Valdivia-Perez knowingly and voluntarily waived his right to appeal these issues in a valid and enforceable appeal waiver. *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011).

**DISMISSED.**